**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00973-CV

**AMERICAN HOMES 4 RENT PROPERTIES ONE, LLC, Appellant**

**V.**

**EVA IBARRA, ET AL, Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02049-A**

## ORDER

The Court **GRANTS** appellees' November 19, 2013 motion to extend time to file their brief. We **ORDER** the appellees' brief received on November 19, 2013 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE